Mahadhi Corzano, Esq. (SBN: 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff, JUSTIN VONHECHT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUSTIN VONHECHT, )<br><br>                    Plaintiff, )<br><br>            v. )<br><br>MONARCH RECOVERY MANAGEMENT, )<br>INC., )<br><br>                    Defendant. )<br>_____ | **Case No.: 2:10-cv-08560-SVW -AGR**<br><br><br><br><br>**NOTICE OF SETTLEMENT** |

NOW COMES the Plaintiff, JUSTIN VONHECHT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: February 11, 2011          KROHN & MOSS, LTD.

By: /s/ Mahadhi Corzano, Esq. _____

Mahadhi Corzano
Attorney for Plaintiff

- 1 -

1

2

## **CERTIFICATE OF SERVICE**

3

4      I hereby certify that on February 11 2011, I electronically filed the foregoing Notice of

5      Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

6      electronically submitted to John Ksajikian, Attorney for Defendant, by way of the courts ECF.

7

8

9                                                                /s/Mahadhi Corzano, Esq.

10                                                               Mahadhi Corzano

11                                                               Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2 -

Notice of Settlement