UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-08560-SVW-AGR | Date | January 31, 2011 |
|---|---|---|---|
| Title | Justin Vonhecht v. Monarch Recovery Management, Inc. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Mahadhi Corzano | John Kasajikian | |

**Proceedings:**      NEW CASE STATUS CONFERENCE

Status conference held.  The Court sets the following dates:

Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 3, 2011 at 9:00 a.m.

|  | : | 05 |
|---|---|---|
|  | Initials of Preparer | PMC |