# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-08560-SVW -AGR | Date | February 15, 2011 |
|---|---|---|---|
| Title | Justin Vonhecht v. Monarch Recovery Management, Inc. | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER SETTING STATUS CONFERENCE re DISMISSAL

The Court, having received Plaintiff's Notice of Settlement, filed February 11, 2011, vacates all previously set dates.

The Court sets a Status Conference re Dismissal for March 28, 2011 at 3:00 p.m. The parties are advised that the status conference will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed prior to the date.

:

Initials of Preparer         PMC