# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION

| | |
|---|---|
| JUSTIN VONHECHT,<br><br>      Plaintiff,<br>  v.<br><br>MONARCH RECOVERY MANAGEMENT, INC.,<br><br>      Defendant. | 2:10-cv-08560-SVW -AGR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>J S - 6 |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  April 8, 2011

_____
The Honorable STEPHEN V. WILSON
United States District Judge